**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VOTER VERIFIED, INC.,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-1969-Orl-19KRS**

**ELECTION SYSTEMS & SOFTWARE, INC.,**

      **Defendant.**

_____

## ORDER

This case comes before the Court on the Motion for Reconsideration of Amended Order on Summary Judgment and Incorporated Memorandum of Law by Election Systems & Software, Inc., (Doc. No. 137, filed Feb. 22, 2011), and the Response in Opposition to Defendants' Motion for Reconsideration by Voter Verified, Inc., (Doc. No. 139, filed Mar. 1, 2011). The Court considered the Motion for Reconsideration at a hearing held on April 12, 2011. (Doc. No. 155.)

The Court reduces to writing its findings at the April 12, 2011 hearing as follows:

1. The Motion for Reconsideration of Amended Order on Summary Judgment and Incorporated Memorandum of Law by Election Systems & Software, Inc., (Doc. No. 137, filed Feb. 22, 2011), is **GRANTED to the extent such Order was reconsidered by the Court and in all other respects is DENIED**.

2. The parties are directed to participate in mediation in accordance with the deadlines set forth in the Case Management and Scheduling Order. (*See* Doc. No. 54.)

3. The parties shall be prepared to begin trial on September 1, 2011 during the September 2011 trial term.

4. The Request for Pretrial Case Management Conference and Incorporated Memorandum of Law by Election Systems & Software, Inc., (Doc. No. 138, filed Feb. 23, 2011), is was granted by the holding of the aforesaid hearing. A further Pretrial Case Management Conference with be held before the U.S. Magistrate Judge prior to the commencement of trial scheduled for the September 2011 trial term.

**DONE** and **ORDERED** in Orlando, Florida on April 15, 2011.

*Patricia C. Fawsett*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Parties